# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Corry TAYLOR
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

RECEIVED MAY 1 5 2020 CLERK, U.S. DIST. COURT WESTERN DIST. OF TENN.

vs.

Shelby County, Criminal justice center, ofc. Ewing, DRT Elliott, ofc. moore Sheriff Floyd Bonner Jr. OFC Jones, ofc. Lewis, OFC. cooper, OFC. Freeman Captain Dotson, LT varner, SGT. martin, OFC. Washington, OFC. Harris

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit
          Plaintiffs: N/A

          Defendants: N/A

       2. Court (if federal court, name the district; if state court, name the county): N/A
       3. Docket Number: N/A
       4. Name of judge to whom case was assigned: N/A
       5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
       6. Approximate date of filing lawsuit: N/A
       7. Approximate date of disposition: N/A

-1-                                                           Revised 4/18/08

II. Place of Present Confinement: <u>Shelby County Criminal Justice Center</u>
   A. Is there a prisoner grievance procedure in the institution?
   Yes (✓)  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)  No ( )
   C. If your answer is Yes:
      1. What steps did you take? <u>I put in more than one grievance form. I have provided copies.</u>
      2. What was the result? <u>Most of them were taken to the 2nd level of appeal. A couple were not</u>
   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff <u>Larry TAYLOR</u>
      Address <u>252 Vaal</u>

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant <u>Shelby County Criminal Justice Center</u> is employed as
      at _____

   C. Additional Defendants: <u>Sheriff Floyd Bonner Jr. Captain Dotson LT. Varner, SGT. Martin, OFC. Ewing, ORT Elliot, OFC Moore, OFC. Jones, OFC. Lewis, OFC Cooper, OFC. Freeman</u>

IV. Statement of Claim

   State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   I have been subject to personal abuse, corporal punishment, personal injury, property damage, and harassment. This has been going on since 2-7-20 since the day I passed out due to my blood pressure being too high. I was also injured on 2-13-20 incident # 20-0213-555 when I slipped and fell in some water jumping off my bunk. I was beat and stomped on 2-13-20 by OFC. Lewis, OFC. Jones OFC. Harris, OFC. Washington, OFC. Cooper and OFC. Freeman.

-2-

Revised 4/18/08

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will take a settlement of $ One million dollars.

VI. Jury Demand

I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __12__ day of __May__, 20 __20__.

_Corry Taylor_

(Signature of Plaintiff/Plaintiffs)

-3-

Revised 4/18/08

Defendant's
Shelby County Criminal Justice Center
Officer Ewing 2-10 shift
Tyrone Elliot, ORT
Officer Moore 2-10 5day in 4-M
Sheriff Floyd Bonner Jr
Officer Jones 2-10 shift
Officer Lewis 2-10 shift
Officer Cooper 2-10 shift
Officer Freeman 2-10 shift
Captain Dotson
LT. Varner
Sergant Martin
Officer Washington 2-10 shift
Officer Harris

#1 This letter is part of the proof that since the date of 2-7-20, I have been abused / treated unfair by the staff at Shelby County Jail /201 poplar. On 2-7-20 I passed out due to my blood pressure being too high. The staff was upset about calling a codewhite. During the codewhite officer Ewing who was working 2-10 shift at the time, threatened to kill me and called out my home address. This occured in front of Lt. Varner. I filed a grievance form about my complaints on 2-9-20. Grievance # 495288

#2 My next incident with the staff here at the Shelby County Jail was 2-13-20, incident #20-0213-555 Where I slipped and fell in some water jumping down off my bunk. The staff was again upset about having to conduct a codewhite. Me and my cellmate Latavious D Foster# 19122901 ask the POD officer's to put a maintance / work order in for the

water leak in the cell 4-M-18 several times before this incident occured. I filed a grievance form about my complaints on 2-13-20 Grievance form #495823 and 495824

#3    After that on the same day 2-13-20 between 9:00 p.m - 9:15 p.m officer Lewis who was working 2-10 at the time came to my cell 4-M-18 cell and threatened me. Officer Lewis return to my cell about 15 mins. later with Lt. Varner, Sgt. Martin, officer Jones, officer Harris and officer Washington. I was then taken to a closet on the 1st floor where I was beaten and stomped by atleast 5 officer's. I filed a grievance form about my complaints on 2-13-20 Grievance #495825 Captain Dotson viewed the surveillance footage of me going into the 1st floor closet with a BLUE shirt on, I came out of the 1st floor closet with the same BLUE on. If I went in the closet to dressed out I would have came

out with a RED shirt on. Also I never needed 5 men to help me get dressed this incident should draw a red flag itself.

#4 On 2-14-20 the day after, me being hurt from a slip and fall and after being beat and stomped by 5 officers, the staff now wants to fource me to climb on a upper bunk. DRT officer Elliott sprayed me with chemical Agent just because he felt like testing his new can of spray. I was not posing a threat. I filed a Grievance form #495894 on 2-14-20. Surveillance footage will show me passing out in 2nd floor medical due to DRT Elliott spraying the chemical Agent in my mouth.

#5 I have suffered Reprisals/negative Consequences since 2-9-20 the date I filed my first grievance form #495288. I'm also having back pain that I have been taking pain meds for since 2-13-20

incident #20-0213-555. My medical history will show I get charged a fee everytime I restart my pain med's. I'm also sending a letter that I received from Chief Inspector Charles Mays about findings and appropriate actions in this incident that occurred on 2/13/20.

#6  I filed a grievance form on 4-19-20 about my food being cold in violation of Procedural Guidelines 836.03 D. Which states that three meals will be provided during each 24-hour period. Meals will be wholesome, properly prepared and nutritional. Somehow Grievance Coordinator J. Austin found this incident nongrievable. Grievance form #497554

#7  I filed a grievance form on 4-22-20 about my property being destroyed in violation of personal Treatment Policy 836.06 Which states Inmates/Detainees or Residents will not be subject to personal abuse, corporal punishment, personal injury, disease, property

damage or harassment. Inmate/Detainee or Resident property is protected (3-JDF-3D-06) Grievance form # 498358

The Shelby County Jail and all defendants named are in violation of the Personal Treatment Policy 836.06 Which states Inmates/Detainees or Residents will not be subject to personal abuse, corporal punishment, personal injury, disease, property damage or harassment. Inmate/Detainee or Resident property is protected (3-JDF-3D-06).

Corry TAYLOR
20161703
5-12-20

G- 495825

RECEIVED

2020 FEB 18 PM 12:39

# SHELBY COUNTY SHERIFF'S OFFICE
## JAIL DIVISION
### INMATE GRIEVANCE FORM

| INMATE'S NAME: (Print name) | R&I NUMBER | BOOKING # |
|---|---|---|
| Corry TAYLOR | 339069 | 20101703 |
| | HOUSING UNIT: 1-C-8 cell | DATE OF OCCURRENCE 2-13-20 |

| ☐ LINE GRIEVANCE | ☐ MEDICAL GRIEVANCE | ☑ CONFIDENTIAL | ☐ EMERGENCY |
|---|---|---|---|
| Use if not medical, confidential or emergency. Medical co-pay issues are line grievances. | Use if you feel that there was lack of medical care inadequate medical care of improper medical care and it is not an emergency. | Use if you feel a member of the jail staff has committed a criminal or illegal act. | Use if there is immediate threat of bodily harm to inmate or jail staff or there is threat of disruption to jail. |

**GRIEVANCE STATEMENT:** Provide specific information regarding issue. Specify dates, personnel involved, etc.

On 2-13-20, between 9:00 p.m - 9:15 p.m officer Lewis on 2-10 shift came to my cell 4-M-18 cell. The first time Lewis came to my cell he asked me and my cell mate for our name. Officer Lewis came back about 10 mins later and said Taylor you done played with the wrong people. We bout to kick your ass and send you to the hole. About 20 mins later Lewis came back with Sergnt Martin 18242 and about 4 more officer's I don't know. I was then took from 4-M-18 cell to the 1st floor in a closet with Lewis and the 4 officers I don't know and they all beat and stomp me. While SGT. Martin 18242 stood outside the door until her officer's were done. I was then put in 1-C-8 cell with no medical attention. SGT Martin and LT. Varner would not let me speak to Captin Dotson.

INMATE'S SIGNATURE: Corry TAYLOR       TODAY'S DATE: 2-13-20

**FOR OFFICIAL USE ONLY BELOW THIS LINE**

DATE RECEIVED: 2/18/20       COORDINATOR: L. [signature]

DISPOSITION CODE: _____       DATE: 2/18/20

**G - GRIEVABLE:** Meets policy requirements to be investigated.

**N - NONGRIEVABLE:** Does not meet policy requirements to be investigated.

REASON: Being Investigated