**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **DAMIAN FLOREZ-RAMIREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.: 2:24-CV-02335** |
| | ) | |
| **JACQUES JONES; TRACY WILLIAMS;** | ) | |
| **CARLUS CLEAVES; KENDAL DAVIS;** | ) | |
| **TAMIKO SWAIN; ASHLYN CUNNINGHAM;** | ) | |
| **and the government of SHELBY COUNTY,** | ) | |
| **TENNESSEE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is given that Defendants Jacques Jones, Tracy Williams, Carlus Cleaves, Kendal Davis, and Tamiko Swain (hereinafter, "Defendants") hereby appeal to the United States Court of Appeals for the Sixth Circuit this Court's order denying Defendants qualified immunity entered on March 31, 2026. (ECF No. 35, Order Denying in Part and Granting in Part Defendants Motion to Dismiss).

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC


By:    s/Nathan D. Tilly
        Nathan D. Tilly (#031318)
        Haley A. Klima (#041540)
        *Attorneys for Defendants Shelby County, Tennessee,*
        *Jacques Jones, Tracy Williams, Carlus Cleaves,*
        *Kendal Davis, and Tamiko Swain*
        162 Murray Guard Drive, Suite B
        Jackson, Tennessee 38305
        (731) 668-5995 – Telephone
        (731) 668-7163 – Facsimile
        ntilly@pgtfirm.com
        hklima@pgtfirm.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system and/or U.S. Mail postage prepaid upon:

Jacob Webster Brown
William R. Faulk
Sara Katherine McKinney
6000 Poplar Avenue, Suite 150
Memphis, Tennessee 38119

DATE:   On this the 22nd day of April, 2026.

        PENTECOST, GLENN & TILLY, PLLC

      By:    s/Nathan D. Tilly
            Nathan D. Tilly